UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD MORDECAI WASHINGTON III a/k/a Richard M. Washington,<br>Plaintiff,<br>-against-<br>LVNV FUNDING LLC,<br>Defendant. | 26-CV-2294 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On October 23, 2026, the Court granted in part Defendant's motion to dismiss for lack of personal jurisdiction and ordered the parties to show cause, by November 9, 2026, as to why an order should not be issued transferring this action to the District of Nevada. ECF No. 22 ("MTD Order") at 13. On October 26, 2026, Plaintiff Richard M. Washington filed a supplemental memorandum requesting that the Court transfer this action to the District of Nevada. ECF No. 23. Defendant LVNV Funding LLC did not timely file a supplemental memorandum consenting to or opposing the transfer. For the reasons set forth below, the Court transfers this case to the District of Nevada.

A district court may, "[f]or the convenience of the parties and witnesses, [and] in the interest of justice . . . transfer any civil action to any other district . . . where it might have been brought." 28 U.S.C. § 1404(a). As the Court previously analyzed, transfer to the District of Nevada is warranted because Plaintiff is a Nevada resident, and all actions taken by Defendant pertaining to Plaintiff's outstanding debts and which form the basis of Plaintiff's suit took place in Nevada, so Defendant is likely subject to personal jurisdiction there. MTD Order at 12–13. Therefore, in light of Plaintiff's consent to transfer and Defendant's lack of objections, it is in the interest of justice that this case be transferred.

The Clerk of Court is respectfully directed to transfer this case to the District of Nevada in conformity with Local Civil Rule 83.1.

Dated: November 10, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge